

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARK D. WALKER, | § | No. 08-20-00029-CV |
| Appellant, | § | Appeal from the |
| v. | § | 426th District Court |
| TAKELYA L. WALKER, | § | of Bell County, Texas |
| Appellee. | § | (TC#294,292A) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. We affirm the trial court's order on all issues not related to the interest rate set on the judgment against Appellant for the child support arrearage owed to Appellee. We reverse the trial court's order that 12% interest be applied to the child support arrearage and remand the cause to the trial court for consideration of the amount of interest to be included in the judgment consistent with the terms of this decision.

We further order that Appellee recovers from Appellant and his sureties, if any, for performance of the judgment and all costs, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.